# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CHRISTINE ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:08-cv-00135-JAW |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 13, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Attorney's Fees (Docket # 16) be and hereby is GRANTED in the amount of Two Thousand Seven Hundred Seventy Dollars ($2,770.00).

SO ORDERED.

        /s/ John A. Woodcock, Jr.
        JOHN A. WOODCOCK, JR.
        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2011